**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**AMARILLO DIVISION**

| | | |
|---|---|---|
| **ROBERT L. TEMPLETON, et al.,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **AMERICAN HOUSING FOUNDATION, et al.,** | § | |
| | § | |
| | § | **Civil Action No. 2:09-CV-231-C** |
| **Defendants.** | § | **ECF** |

**AMERICAN HOUSING FOUNDATION'S AND TEMPLETON CREDITORS' STATUS REPORT REGARDING APPLICATION FOR PRELIMINARY INJUNCTION AND HEARING**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

NOW COME Debtor, AMERICAN HOUSING FOUNDATION ("AHF"), as well as ROBERT L. TEMPLETON, PAUL KING, the FRANCES MADDOX ESTATE, HERON LAND COMPANY, DON STORSETH, CLAY STORSETH the STORSETH FAMILY TRUST, DAVID MILLER, SUSAN MILLER, DENNIS DOUGHERTY, WILLIAM F. SCOTT, HERRING BANK, CC BURGESS INVESTMENTS, CHAIN-C, INC. CAMPBELL BURGESS, HERRING FINANCIAL SERVICES, CJ SLEMP TRUST, LJ THOMAS TRUST AND VAUDREY CAPITAL, (collectively, the "Templeton Creditors"), and file this Status Report pursuant to the Court's Order of October 9, 2009 requesting a status report as to whether or not the Court needs to set a hearing on the pending Application for Preliminary Injunction or whether the parties can agree to a preliminary injunction at this time.

American Housing Foundation and the Templeton Creditors jointly report that the matter concerning the resignation of the Trustees of the Housing for Texans Charitable Trust remains unresolved and the parties have not been able to agree. Counsel for American Housing

Foundation conferred with counsel for Housing for Texans Charitable Trust concerning the issue, but no resolution was reached. As a consequence, AHF and the Templeton Creditors respectfully request that the matter be set for a hearing.

Respectfully submitted,

/s/ Lawrence M. Doss
Lawrence M. Doss

**MULLIN HOARD & BROWN, L.L.P.**
David R. Langston, SBN 11923800
Lawrence M. Doss, SBN 24012544
1500 Broadway, Ste. 700
P. O. Box 2585
Lubbock, Texas 79408-2585
(806) 765-7491 -- Phone
(806) 765-0553 – Fax

*-And-*

**MULLIN HOARD & BROWN, L.L.P.**
David Mullin, SBN 14651600
John M. Brown, SBN 03142500
Tony Kirkwood, SBN 24032508
800 Amarillo National Plaza Two
500 South Taylor
P. O. Box 31656
Amarillo, Texas 79120-1656
(806) 372-5050 -- Phone
(806) 372-5086 -- Fax

*-And-*

**LOVELL, LOVELL, NEWSOM & ISERN, L.L.P.**
Joe Lovell, SBN 12609100
John Lovell, SBN 12609300
112 West 8th Avenue, Suite 1000
Amarillo, Texas 79101-2314
(806) 373-1515 – Phone
(806) 379-7176 – Fax

ATTORNEYS FOR TEMPLETON CREDITORS

**AND ALSO:**

Respectfully submitted,

/s/ Lawrence M. Doss with permission for
**CHARLES WHITE, SBN: 21291000**
500 S. Taylor Street, Suite 505, LB 201
Amarillo, Texas 79101-2445
Telephone: 806/342-0145
Facsimile: 806/342-0705
ATTORNEY FOR DEBTOR, AMERICAN HOUSING FOUNDATION

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing was sent via ECF on this the 13th day of October, 2009 to the following listed parties in interest:

1. All parties having filed an appearance in these cases.

/s/ Lawrence M. Doss
Lawrence M. Doss